UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
 :
UNITED STATES OF AMERICA,
 : **[PROPOSED] ORDER**
  – v. –
 : 20 Cr. 701 (JGK)
OMARI WILLIAMS,
 :
            Defendant.
 :
------------------------------------- x

JGK

For good cause shown, if the defendant refuses to be present for any proceedings in this case, including remote proceedings, /The Court hereby authorizes the U.S. Marshals Service and the Essex County Department of Corrections to use reasonable force necessary to remove the defendant, Omari Williams, from his cell in the Essex County Correctional Facility to be arraigned, including arraigned remotely, in this District, and thereafter for proceedings, including remote proceedings, in *United States* v. *Omari Williams*, 20 Cr. 701 (JGK).

Dated:      New York, New York
            January 22, 2021

                                _____
                                THE HONORABLE JOHN G. KOELTL
                                UNITED STATES DISTRICT JUDGE
                                SOUTHERN DISTRICT OF NEW YORK