UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA,
:
        – v. –
: **ORDER**
:   20 Cr. 701 (JGK)
OMARI WILLIAMS,
:
               Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       For good cause shown, if the defendant refuses to be present for any proceedings in this case, including remote proceedings, the Court hereby authorizes the U.S. Marshals Service and the Essex County Department of Corrections to use reasonable force necessary, including, if necessary, the use of restraints, to remove the defendant from his cell in the Essex County Correctional Facility and to keep the defendant present at any proceedings in this case, including remote proceedings.

Dated:     New York, New York
             January 27, 2021

                                           /s/ John G. Koeltl
                                   THE HONORABLE JOHN G. KOELTL
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF NEW YORK