**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA,**

       - against -                      20-cr-701 (JGK)

**OMARI WILLIAMS,**                              <u>**ORDER**</u>

              **Defendant.**
―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The government should file a letter by February 8, 2020, informing the Court of the status of both the evaluation of the defendant's mental competence, and the examination of the defendant by a doctor to assess his medical requirements.

**SO ORDERED.**
**Dated:**    **New York, New York**
            **February 4, 2021**              ___/s/ John G. Koeltl_____
                                                         John G. Koeltl
                                      **United States District Judge**