

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 19, 2021

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Omari Williams*, 20 Cr. 701 (JGK)

Dear Judge Koeltl:

      As further follow up to the Government's letters dated February 8, 2021 (Dkt. 32) and February 9, 2021 (Dkt. 34), the Government respectfully writes to inform the Court that, on February 19, 2021, the Government was informed that as a next step toward having the defendant undergo the psychological evaluation ordered by the Court (Dkt. 27), the defendant was transferred from the Essex County Correctional Facility to the Metropolitan Correctional Center on February 17, 2021.

      The Government will continue to update the Court as the Government receives further information.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney
      Southern District of New York

      *Samuel P. Rothschild*

      Samuel P. Rothschild
      Assistant United States Attorney
      (212) 637-2504

cc:    Kenneth Montgomery, Esq. (by ECF)