UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

      -against-                         20 cr 701 (JGK)

OMARI WILLIAMS,
                      Defendant.
------------------------------------------------------------X

      It is hereby ordered that Jacqueline E. Cistaro, Esq., be appointed as counsel for the

defendant, Omari Williams, for all purposes, replacing Kenneth J. Montgomery, Esq.  This order

is nunc pro tunc as of August 12, 2021.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      August 13, 2021