UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                      20 cr 701 (JGK)

OMARI WILLIAMS,
                  Defendant.
------------------------------------------------------------X

       It is hereby ordered that Carlos M. Santiago, Esq., be appointed as counsel for the above-named defendant, for all purposes, replacing Jacqueline E. Cistaro, Esq.

**SO ORDERED.**

                                                           **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        February 8, 2022