UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

      :    [PROPOSED] ORDER

   – v. –

      :    20 Cr. 701 (JGK)

OMARI WILLIAMS,

              Defendant.

------------------------------------ x

      For good cause shown, if the defendant refuses to be present for any proceedings in *United States* v. *Omari Williams*, 20 Cr. 701 (JGK), the Court hereby authorizes the U.S. Marshals Service and the Metropolitan Detention Center to use reasonable force necessary to remove the defendant, Omari Williams, from his cell in the Metropolitan Detention Center to be brought to proceedings in *United States* v. *Omari Williams*, 20 Cr. 701 (JGK).

Dated:      New York, New York
           May    , 2022

                            THE HONORABLE JOHN G. KOELTL
                            UNITED STATES DISTRICT JUDGE
                            SOUTHERN DISTRICT OF NEW YORK