UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

       - against -                        20-cr-701 (JGK)

OMARI WILLIAMS,                       ORDER

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court recommends that the defendant, Omari Williams, be transferred to Essex County Jail, and that she be placed in that facility's Alternative Lifestyle Unit. The Government is requested to convey this recommendation to the Bureau of Prisons and to the United States Marshals Service.

SO ORDERED.

Dated:    New York, New York
            May 10, 2022

                                          John G. Koeltl
                                    United States District Judge