**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

      - against -                                20-cr-701 (JGK)

**OMARI WILLIAMS,**                            <u>**ORDER**</u>

                Defendant.

**JOHN G. KOELTL, District Judge:**

The sentencing scheduled for **September 14, 2022** is adjourned to **November 16, 2022 at 11:00 a.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
              **August 29, 2022**                  /s/ John G. Koeltl
                                                  John G. Koeltl
                                **United States District Judge**