UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                   :
UNITED STATES OF AMERICA
                                                                   :     CONSENT PRELIMINARY ORDER
           - v. -                                                        OF FORFEITURE/
                                                                   :     MONEY JUDGMENT
OMARI WILLIAMS,
                                                                   :     S1 20 Cr. 701 (JGK)
           Defendant.
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

                WHEREAS, on or about January 21, 2021, OMARI WILLIAMS (the "Defendant")

was charged in a five-count Indictment, S1 20 Cr. 701 (JGK) (the "Indictment"), with Hobbs Act

robbery conspiracy, in violation of Title 18, United States Code, Section 1951 (Count One); Hobbs

Act robbery, in violation of Title 18, United States Code, Section 1951 and 2 (Counts Two through

Four); and firearms use, carrying, and possession, in violation of Title 18, United States Code,

Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), and 2 (Count Five);

                WHEREAS, the Indictment included a forfeiture allegation as to Counts One

through Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United

States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and

all property, real and personal, that constitutes or is derived from proceeds traceable to the

commission of the offenses charged in Counts One through Four of the Indictment, including but

not limited to a sum of money in United States currency representing the amount of proceeds

traceable to the commission of the offenses charged in Counts One through Four of the Indictment;

                WHEREAS, on or about  5/10/22 , the Defendant pled guilty to Count Four

of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant

admitted the forfeiture allegation with respect to Count Four of the Indictment and agreed to forfeit,

pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code,

Section 2461(c), a sum of money equal to $275 in United States currency, representing proceeds

traceable to the commission of the offense charged in Count Four of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the

amount of $275 in United States currency representing the amount of proceeds traceable to the

offense charged in Count Four of the Indictment that the Defendant personally obtained, for which

the Defendant is jointly and severally liable with co-defendant Tyreek James (the "Co-Defendant")

to the extent a forfeiture money judgment is entered against the Co-Defendant in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the

Defendant, the proceeds traceable to the offense charged in Count Four of the Indictment that the

Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States

of America, by its attorney Damian Williams, United States Attorney, Assistant United States

Attorney, Samuel P. Rothschild, of counsel, and the Defendant, and his counsel, Carlos Santiago,

Esq., that:

1.     As a result of the offense charged in Count Four of the Indictment, to which

the Defendant pled guilty, a money judgment in the amount of $275 in United States currency (the

"Money Judgment"), representing the amount of proceeds traceable to the offense charged in

Count Four of the Indictment that the Defendant personally obtained, for which the Defendant is

jointly and severally liable with the Co-Defendant to the extent a forfeiture money judgment is

entered against the Co-Defendant in this case, shall be entered against the Defendant.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this

Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, OMARI

WILLIAMS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.      The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander

3

J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United

States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9.    The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    _Samuel P. Rothschild_____         12/9/2022
       SAMUEL P. ROTHSCHILD                          DATE
       Assistant United States Attorney
       One St. Andrew's Plaza
       New York, NY 10007
       (212) 637-2504

OMARI WILLIAMS

By:    _____            12/12/2022
       OMARI WILLIAMS                              DATE

By:    _____            12/12/2022
       CARLOS SANTIAGO, ESQ.                       DATE
       Attorney for Defendant
       11 Broadway Suite 615
       New York, New Yorkw 10004

SO ORDERED:

_____            2/9/23.
HONORABLE JOHN G. KOELTL                    DATE
UNITED STATES DISTRICT JUDGE

4