UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-

OMARI WILLIAMS,
                     Defendant.
------------------------------------------------------------X

20 cr 701-02 (JGK)

**ORDER**

      In announcing the provisions of restitution at the sentencing, including the amount of restitution, the Court did not orally announce the terms of the restitution included in the signed order of restitution, including that it was joint and several with Tyreek James, and the list of victims. The Court also did not orally announce the restitution payment schedule.

      The Court did not consider that it was necessary to announce those details at sentencing because they were included in the written order of restitution that the parties confirmed the Court could sign.

      If the parties disagree and believe that the terms of the restitution, plus the victims and payment schedule, should have been included in the oral announcement, the Court will hold a subsequent proceeding. The parties should advise the Court of their positions by **February 14, 2023.**

**SO ORDERED.**

                                                        JOHN G. KOELTL
                                           UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         February 10, 2023